## FiberVision Cable Services, LLC

| Services One Cable | | | Plaquemine | | |
|---|---|---|---|---|---|
| Date 9/28/2008 Task | | | Invoice # | SD-Service One-08-001 | |
| Node Number | | | | | |
| Description | Ft | # | per | price | Total |
| Material | | | | | $5,308.94 |
| SD-001- 3 Man Crew With Bucket Truck | | 684 | 684 | $225.00 | $153,900.00 |
| SD-003- 1 Man Crew with Bucket Truck | | 96 | 96 | $75.00 | $7,200.00 |
| SD-005- Supervisor | | 192 | 192 | $75.00 | $14,400.00 |
| SD-007- Per-Diem - Per Man | | 172 | 172 | $75.00 | $12,900.00 |
| Totals | | | | | $193,708.94 |

"Exhibit A"
page 1

| Crew # | Team Members | Sat 9/20/2008 Hours | Per Diems | Sun 9/21/2008 Hours | Per Diems | Mon 9/22/2008 Hours | Per Diems | Tues 9/23/2008 Hours | Per Diems | Wed 9/24/2008 Hours | Per Diems | Thurs 9/25/2008 Hours | Per Diems | Fri 9/26/2008 Hours | Per Diems | Sat 9/27/2008 Hours | Per Diems | Totals Hours | Totals Per Diems |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Bobby Brown | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 96 | 24 |
|   | Marty Moore | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 96 | 24 |
|   | Jeff Washbourne | | | | | | | | | | | | | | | | | | |
| 2 | Steve Ebercine | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 96 | 24 |
|   | Brian Bruder | | | | | | | | | | | | | | | | | | |
|   | Aaron Citron | | | | | | | | | | | | | | | | | | |
| 3 | Scott Crawford | | | | | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 72 | 18 |
|   | Tom Cobb | | | | | | | | | | | | | | | | | | |
| 4 | Edward Lyons | | | | | | | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 60 | 15 |
|   | Johndric North | | | | | | | | | | | | | | | | | | |
|   | Antonio Smith | | | | | | | | | | | | | | | | | | |
| 5 | Mark Bennett | | | | | | | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 60 | 15 |
|   | David Newcome | | | | | | | | | | | | | | | | | | |
|   | Adam Crigger | | | | | | | | | | | | | | | | | | |
|   | Trey Dees | | | | | | | | | | | | | | | | | | |
| 6 | Toby Washington | | | | | | | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 60 | 15 |
|   | Roy Ehrman | | | | | | | | | | | | | | | | | | |
|   | Ken McGowan | | | | | | | | | | | | | | | | | | |
| 7 | Troy Warlick | | | | | | | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 60 | 15 |
|   | Mike Cornett | | | | | | | | | | | | | | | | | | |
|   | James Warlick | | | | | | | | | | | | | | | | | | |
| 8 | Travis Ferguson | | | | | | | | | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 81 | 18 |
|   | Sherman Ferguson | | | | | 21 | 3 | | | | | | | | | | | | |
|   | Terrance Harris | | | | | | | | | | | | | | | | | | |
| 9 | Kyle Nichols | | | | | | | | | 12 | 3 | 12 | 3 | 12 | 3 | 12 | 3 | 60 | 15 |
|   | Chris Hudgins | | | | | | | | | | | | | | | | | | |
|   | Mike Fury | | | | | | | | | | | | | | | | | | |
| 10 | Mike Alessi | | | | | | | | | | | | | 12 | 3 | 12 | 3 | 96 | 8 |
|   | Ted Kokonis | | | | | | | | | | | | | | | | | | |
|   | Joe Waters | | | | | | | | | | | | | | | | | | |
| Splicer 1 | Mike Longo | 12 | 1 | 12 | 1 | 12 | 1 | 12 | 1 | 12 | 1 | 12 | 1 | 12 | 1 | 12 | 1 | 96 | 8 |
| Super 1 | Tom Marsico | 12 | 1 | 12 | 1 | 12 | 1 | 12 | 1 | 12 | 1 | 12 | 1 | 12 | 1 | 12 | 1 | 96 | 8 |
| 2 | Duane Noel | | | | | | | | | | | | | | | | | 192 | |

Totals:
3 Man Crew: 705 / 172
1 Man Crew: 96
Supervisor PerDeim: 96 / 192

Exhibit Page