# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| | | |
|---|---|---|
| Fiber Vision Cable Service's, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 09-659 |
| Service One Cable T.V., Inc. | ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Service One Cable T.V., Inc.
through its registered agent,
Susan D. Simpson
58085 Fort Street
Plaquemine, Louisiana 70764

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kenneth L. Blanchard, Jr.
23940 Railroad Avenue
Plaquemine, Louisiana 70764

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nick J. Lorio
*CLERK OF COURT*

Beth Perry

August 19, 2009
Date: _____

_____
*Signature of Clerk or Deputy Clerk*