United States District Court

for the

Middle District of Louisiana

| | | |
|---|---|---|
| Fiber Vision Cable Service's, LLC | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-659-JJB-CN |
| | ) | |
| Service One Cable T.V., Inc. | ) | |

## PARTIAL SETTLEMENT JUDGMENT

Considering the Joint Motion for Entry of Partial Settlement Judgment of Fiber Vision Cable Service's, LLC and Service One Cable, T.V., Inc.;

IT IS ORDERED that judgment is hereby rendered in favor of Fiber Vision Cable Service's, LLC and against Service One Cable, T.V., Inc. in the amount of $151,208.94, plus interest at the legal rate from date of judicial demand and all costs of this proceeding.

IT IS FURTHER ORDERED that the issue of whether attorney's fees are due in this matter and if so, in what amount, is left open for adjudication by this Court at a later time.

Baton Rouge, Louisiana this 23rd day of October, 2009.

_____
JAMES J. BRADY
UNITED STATES JUDGE