UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FIBER VISION CABLE SERVICE'S, LLC

VERSUS

SERVICE ONE CABLE T.V., INC.

CIVIL ACTION

NO. 09-659-CN

# O R D E R

An unscheduled telephone conference was held January 12, 2010, to set pretrial and trial dates.

    **PRESENT:**    **Kenneth L. Blanchard**
                                Counsel for Plaintiff

                                **Michael C. Weber**
                                Counsel for Defendant

Counsel for the parties informed the Court that this matter should be able to be resolved on cross motions for summary judgment. Therefore, no trial date was set and the parties should be able to submit these motions by the existing deadline of April 30, 2010.

The record will be reviewed in May 2010 to determine if these motions have been filed.

Signed in chambers in Baton Rouge, Louisiana, January 12, 2010.

                                                    **MAGISTRATE JUDGE CHRISTINE NOLAND**

CV38a; T:15